IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BLACKBIRD TECH, LLC d/b/a
BLACKBIRD TECHNOLOGIES,

Plaintiff,

v.

ORION MANUFACURING, INC d/b/a
VEDETTE SHAPEWEAR,

Defendant

C.A. No. 14-cv-1262-GMS

JURY TRIAL DEMANDED

**JOINT STIPULATION AND REQUEST FOR ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies and Defendant Orion Manufacturing, Inc. d/b/a Vedette Shapewear that all claims in Plaintiff's Complaint in the above-captioned action are hereby dismissed with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: October 1, 2015

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
*stamoulis@swdelaw.com*
Richard C. Weinblatt #5080
*weinblatt@swdelaw.com*
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

*Attorneys for Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies*

RICHARDS, LAYTON & FINGER

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
*farnan@rlf.com*
Richards, Layton, & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Defendant Orion Manufacturing, Inc. d/b/a Vedette Shapewear*

SO ORDERED this ___ day of _________, 2015.

_____________________________________

UNITED STATES DISTRICT JUDGE